IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JEHAN SEMPER,<br><br>               Plaintiff,<br>v.<br><br>JANET L. YELLEN et al.,<br><br>               Defendants. | ORDER RESTRICTING FILINGS<br><br><br>Case No. 1:22-cv-00070-TS-CMR<br><br>Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Thirteen motions are currently pending in this case, ten of which were filed by Plaintiff. In order to allow the court to resolve Plaintiff's multiple requests for relief, the court hereby notifies Plaintiff that **the court will not accept any new motions or filings as of the date of this order**. **Any document that is filed will be lodged and will not be considered.** Once the existing motions have been decided, the court will, if needed, lift the ban on filings.

IT IS SO ORDERED.

DATED this 5 May 2023.


Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

1