AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

JEHAN SEMPER,

    Plaintiff

v.

JANET L. YELLEN, Secretary of the United States Department of the Treasury, et al.,

    Defendants

**JUDGMENT IN A CIVIL CASE**

Case #1:22-cv-00070-TS-CMR

IT IS ORDERED AND ADJUDGED

that Defendants' Motions to Dismiss are granted, and this action is dismissed.

February 20, 2025
*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge